1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| CAREY L. REYNOLDS, | CASE NO. 2:24-cv-01546-DGE |
|---|---|
| Plaintiff, | ORDER ON MOTION FOR EXTENSION OF TIME (DKT. NO. 9) |
| v. | |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

This matter comes before the Court on the Defendant Commissioner of Social Security's unopposed motion for an extension of time. (Dkt. No. 9.) Based on Defendant's motion and that Plaintiff's counsel has no opposition, it is hereby ORDERED that the scheduling order shall be amended as follows:

- Defendant shall file its responsive brief March 17, 2025; and

- If Plaintiff seeks to file a reply brief, Plaintiff shall do so by March 31, 2025.

Dated this 13th day of February, 2025.

ORDER ON MOTION FOR EXTENSION OF TIME (DKT. NO. 9) - 1

1
2
3     David G. Estudillo
      United States District Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

ORDER ON MOTION FOR EXTENSION OF TIME (DKT. NO. 9) - 2