U.S. DISTRICT JUDGE DAVID G. ESTUDILLO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CAREY L. REYNOLDS,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Civil No. 2:24-CV-01546-DGE<br><br><br><br>STIPULATED MOTION FOR REMAND |

**STIPULATION**

The parties, acting through their respective counsel, hereby stipulate that the above-captioned case be reversed and remanded to the Commissioner of Social Security for further administrative proceedings with respect to Plaintiff's eligibility for benefits under Title XVI of the Social Security Act. Upon remand the Administrative Law Judge shall offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision. The ALJ shall reconsider the claimant's urinary incontinence at step two and in assessing the claimant's residual functional capacity. As necessary, the ALJ shall reconsider all the claimant's impairments at steps two and three,

Page 1   STIPULATED MOTION FOR REMAND
         [2:24-CV-01546-DGE]

Office of Program Lit., Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

reconsider the claimant's subjective statements, reconsider the nonmedical evidence, reconsider the medical opinion evidence, reconsider the claimant's residual functional capacity, and reconsider the claimant's ability to work at steps four and five.

DATED this 18th day of March 2025.

          Respectfully submitted,

          TEAL LUTHY MILLER
          Acting United States Attorney

          REBECCA S. COHEN
          Assistant United States Attorney

          MATHEW W. PILE
          Associate General Counsel
          Office of Program Litigation, Office 7

          s/ Benjamin J. Groebner
          BENJAMIN J. GROEBNER
          Special Assistant United States Attorney
          Office of Program Litigation, Office 7
          Office of the General Counsel
          Social Security Administration
          6401 Security Boulevard
          Baltimore, MD 21235
          Tel: (206) 615-2494
          Email: benjamin.groebner@ssa.gov

DATED this 18th day of March 2025.

          s/ for H. Peter Evans
          Attorney for Plaintiff
          (PER AUTHORIZATION)

Page 2   STIPULATED MOTION FOR REMAND
       [2:24-CV-01546-DGE]

Office of Program Lit., Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235

# ORDER

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's eligibility for disability benefits under Title XVI of the Social Security Act be REVERSED and REMANDED to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand the Administrative Law Judge shall offer the claimant the opportunity for a hearing, take further action to complete the administrative record resolving the above issues, and issue a new decision. The ALJ shall reconsider the claimant's urinary incontinence at step two and in assessing the claimant's residual functional capacity. As necessary, the ALJ shall reconsider all the claimant's impairments at steps two and three, reconsider the claimant's subjective statements, reconsider the nonmedical evidence, reconsider the medical opinion evidence, reconsider the claimant's residual functional capacity, and reconsider the claimant's ability to work at steps four and five.

Dated this 18th day of March, 2025.



David G. Estudillo
United States District Judge

Page 3    STIPULATED MOTION FOR REMAND
[2:24-CV-01546-DGE]

Office of Program Lit., Office 7
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, MD 21235